**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 07-6361**

─────────

JESSIE C. SCOTT,

                              Plaintiff - Appellant,

        versus

UNITED STATES OF AMERICA,

                              Defendant - Appellee.

─────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Peter J. Messitte, District Judge. (8:06-cv-02777-PJM)

─────────

Submitted: August 23, 2007        Decided: August 28, 2007

─────────

Before WILLIAMS, Chief Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Jessie C. Scott, Appellant Pro Se. John Walter Sippel, Jr., Ariana Wright Arnold, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jessie C. Scott appeals the district court's order denying his Fed. R. Crim. P. 41(g) motion to return property. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Scott v. United States, No. 8:06-cv-02777-PJM (D. Md. filed Feb. 23, 2007 & entered Feb. 26, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED